IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGE MCGHEE, JR.**                                                                **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 4:06CV10LA**

**SHERIFF TIM PERKINS, RAY LOFTON,**
**TOMMY LEE and UNKNOWN TAYLOR**                         **DEFENDANTS**

---

## JUDGMENT

This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause on or about

February 27, 2007, and the Court, after a full review of the record, having adopted said Report

and Recommendation as the finding of this Court by Order dated this day, finds that this matter

should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims

should be, and the same are hereby, dismissed without prejudice.

SO ORDERED this the   13th day of   March,  2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE